1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 POOPAK DERAYEH,                          )
                                            )
14         Plaintiff,                       )   No. C 05-5103 MEJ
                                            )
15     v.                                   )
                                            )
16 ALBERTO R. GONZALES, Attorney General of )   **STIPULATION TO DISMISS; AND**
   the United States; ROBERT S. MUELLER,    )   **[PROPOSED] ORDER** THEREON;
17 Director of FBI; MICHAEL CHERTOFF,       )   ORDER CLOSING FILE
   Secretary of the Department of Homeland  )
18 Security; EDUARDO AGUIRRE, JR., Director )
   of the United States Citizenship and Immigration )
19 Services,                                )
                                            )
20         Defendants.                      )

21     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice to renewal if Defendants have not adjudicated Plaintiff's application for

24 naturalization within 30 days after the dismissal of this action.

25     Each of the parties shall bear their own costs and fees.

26 ///

27

28

Stip. to Dismiss
C 05-5103 MEJ

1 | Date: December 22, 2005 | Respectfully submitted,

2 | | KEVIN V. RYAN
  | | United States Attorney

3

4

5 | | _____/s/_____
  | | ILA C. DEISS
  | | Assistant United States Attorney
6 | | Attorneys for Defendants

7

8

9 | Date: December 28, 2005 | _____/s/_____
  | | THEODORE C. CHEN
10 | | Attorney for Plaintiff

11

12

13 | **ORDER**

14 | Pursuant to stipulation, IT IS SO ORDERED.

15 | The Clerk of Court shall close the file.

16

17 | Date: December 30, 2005 | _____
  | | MARIA-ELENA JAMES
  | | United States Magistrate Judge

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James)*

Stip. to Dismiss
C 05-5103 MEJ